THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL M. COWAN, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued October 4, 1940; decided October 18, 1940.

*William F. Kennedy* and *Edwin S. Cohen* for appellant.
*John J. Bennett, Jr., Attorney-General* (*Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs. The distributions in question were dividends within the meaning of subdivision 8 of section 350 of the Tax Law. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.